PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tahira Lovelace                                             Cr.: 98-00432-01

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 2/16/99

Original Offense: Robbery (18:1951)

Original Sentence: 84 months imprisonment

Type of Supervision: 3 years Supervised Release          Date Supervision Commenced: 6/24/03

Assistant U.S. Attorney: Patrick Rocco                       Defense Attorney: Kevin Carlucci, FPD

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender was arrested by the Orange Police Department on 6/15/05 and was charged with "Possession of Drug Paraphernalia" (crack pipe). |
| 2. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report as directed on the following dates: 2/22/05, 3/15/05, 4/5/05, 6/21/05, 7/19/05 and every date thereafter.. |
| 3. | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The offender failed to notify the U.S. Probation Officer of a change in residence within the required 72 hours. The offender's last known residence was the Lincoln Motel, 88 Evergreen Avenue in East Orange, NJ. |

4. The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender failed to refrain from the use of illicit substances as evidenced by the following urinalysis results and/or self-admission: 1/17/04- heroin and crack cocaine; 1/30/04- heroin and marijuana; 4/13/04 - heroin and crack cocaine; 5/9/04 - heroin and crack cocaine; 5/17/04 - heroin and crack cocaine.

5. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender was arrested by the Orange Police Department and charged with Possession of Drug Paraphernalia (crack pipe) on 6/15/05; she failed to notify the U.S. Probation Office of this arrest..

7. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to comply with substance abuse treatment as directed by the U.S. Probation Officer in the following instances:. The offender was placed in inpatient treatment at the Turning Point Program on 1/30/04; she left against medical advice and the express directives of the Probation Officer on 2/8/04.The offender was referred to Catholic Community Services for outpatient treatment on 6/28/03-she was terminated for non-compliance by that program on 9/30/03. The offender was also referred to the Urban Renewal Program on 5/18/04; she was terminated for non-compliance on 7/29/04..

8. The offender has violated the special condition which requires her to provide restitution in the amount of $4,420.

The offender has not made any payments toward the court-ordered restitution of $4,420.

I declare under penalty of perjury that the foregoing is true and correct.

*Maurine Rush-Blossfeld*
Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 9/19/05

THE COURT ORDERS:

[✓] The Issuance of a Warrant.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/4/05
_____
Date