FEB-21-2006  14:20                                                                          P.02/03

PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tahira Lovelace                                    Cr.: 98-00432-01

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 2/16/99

Original Offense: Robbery (18:1951)

Original Sentence: 84 months imprisonment

Type of Supervision: 3 years Supervised Release          Date Supervision Commenced: 6/24/03

Assistant U.S. Attorney: Rober Frasier                    Defense Attorney: AFPD Lisa Mack

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office.  The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' |
| | The offender failed to comply with treatment directives: in a meeting with the U.S. Probation Officer on December 8, 2005 she was directed to enter the Urban Renewal Program on December 15, 2005. She was to enter the facility directly subsequent to her discharge from inpatient treatment at Turning Point. She failed to enter that program, or to contact the U.S. Probation Officer as to her whereabouts. |
| 2. | The offender has violated the supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.' |
| | Following her exit from the Turning Point Program on December 15, 2005 the offender failed to advise the U.S. Probation Officer of her whereabouts, which remain unknown.. |

FEB 21 2006  14:20                                                           P.03/03

I declare under penalty of perjury that the foregoing is true and correct.

By: _____

Maurine Rush-Blossfeld

Senior U.S. Probation Officer
Date: 1/4/06

THE COURT ORDERS:

[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons.  Date of Hearing: _____.
[  ]  No Action
[  ]  Other

_____
Signature of Judicial Officer

_____
Date