PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## **AMENDED**
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tahira Lovelace                                  Cr.: 98-00432-01

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 2/16/99

Original Offense: Robbery (18:1951)

Original Sentence: 84 months imprisonment

Type of Supervision: 3 years Supervised Release        Date Supervision Commenced: 6/24/03

Assistant U.S. Attorney: David Malagold                Defense Attorney: Kevin Carlucci

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'** |
| | The offender failed to comply with treatment directives: in a meeting with the U.S. Probation Officer on December 8, 2005 she was directed to enter the Urban Renewal Program on December 15, 2005. She was to enter the facility directly subsequent to her discharge from inpatient treatment at the Turning Point Program. Lovelace failed to enter the program, or to contact the U.S. Probation Officer as to her whereabouts. |
| | The Probation officer has determined that this constitutes a Grade C violation. |

PROB 12C - Page 2
Tahira Lovelace

2. The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of any change of residence or employment.**'

Following her exit from the Turning Point Program on December 15, 2005 the offender failed to advise the U.S. Probation Officer of her whereabouts, which remained unknown until her arrest on May 14, 2006.

The Probation Officer has determined that this constitutes a Grade C violation.

3. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On May 14, 2006 Lovelace was arrested by the Cedar Grove Police Department on numerous charges of vehicular Aggravated assault (3 victims), stealing an automobile, burglarizing a residence and possession of stolen pproperty, as well as hindering prosecution.

Lovelace was Indicted on the following charges in Essex County Superior Court:
Counts 1,2,&3: Aggravated Assault (3rd degree);
Count 4: Unlawful Taking of a means of Conveyance (3rd degree).
Count 5: Receiving Stolen Property (3rd degree);
Count 6: Hindering Apprehension (3rd degree).

The charges are currently pending in Essex County Superior Court.

The probation Officer has determined that this constitutes a GRADE A violation.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 09/10/07

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 09/25/07.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/24/07
Date