PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Tahira Lovelace

**Docket Number:** 98-00432-001
**PACTS Number:** 18061

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden

**Date of Original Sentence:** 02/16/1999

**Original Offense:** Robbery(18:1951).

**Original Sentence:** 84 months imprisonment; 3 years supervised release.
9/25/07: Supervised Release revoked. 15 months custody, to be followed by 1 year supervised release.
10/25/05: Violation of supervised release: conditions modified to include inpatient treatment.

**Type of Supervision:** Supervised Release.

**Date Supervision Commenced:** 2/15/08

**Assistant U.S. Attorney:** Robert Frasier, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lisa Mack, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report as directed on the following dates: April 9, 2008, April 11, 2008, May 6, 2008, May 15, 2008, June 3, 2008, June 17, 2008, June 23, 2008, July 1, 2008, July 7, 2008, July 8, 2008, July 15, 2008 and August 5, 2008. |
| 2. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

The offender failed to refrain from criminal activity as evidenced by her arrest by the East Orange Police Department on July 22, 2008. On that date, Lovelace was charged with : Possession of Drug Paraphernalia, Obstruction, Hindering Apprehension, and Contempt.

3.  The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

    The offender failed to refrain from the use of Illicit substances as evidenced by the following positive urinalyses results and/or self-admission:
    April 21, 2008- heroin; July 15, 2008- heroin..

4.  The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

    The offender failed to notify the U.S. Probation Officer of her arrest within 72 hours by the East Orange Police Department on July 22,2008.

5.  The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

    The offender failed to attend substance abuse treatment at the Integrity House program on the following dates: March 3, 2008, April 7, 2008, April 28, 2008, May 19, 2008, and every date thereafter.

6.  The offender has violated the supervision condition which states '**The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.**'

    The offender failed to attend mental health treatment as directed. The offender was directed to attend a psychiatric evaluation at Catholic Community Services on June 6, 2008. She failed to make the appointment, or to reschedule for another date.

PROB 12C - Page 3
Tahira Lovelace

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurinje Rush-Blossfeld
Senior U.S. Probation Officer
Date: 8/7/08

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date